# Court of Appeals
# of the State of Georgia

ATLANTA,  May 26, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1431.  SHANNON BRADLEY v. THOMAS A. COX, JR.**

In 2009, Shannon Bradley was convicted of armed robbery and other crimes and was sentenced as a recidivist to life in prison without the possibility of parole. We affirmed his convictions in an unpublished opinion. See Case No. A12A0526 (decided May 9, 2012). In 2020, Bradley filed a mandamus petition in the superior court challenging the legality of his sentence and a 2017 order prohibiting further filings in his criminal case. The superior court dismissed the petition, and Bradley filed this direct appeal. We, however, lack jurisdiction.

Under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Bradley is incarcerated, he was required to file an application for discretionary appeal to seek review of the superior court's order. See *Brock v. Hardman*, 303 Ga. 729, 731 (2) (814 SE2d 736) (2018). "Compliance with the discretionary appeals procedure is jurisdictional." *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (punctuation omitted). Bradley's failure to file a discretionary

application deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   05/26/2021

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*